## Commonwealth *v.* Gibbons, Appellant.

Before MCWILLIAMS, JR., J.

Submitted April 14, 1975. *Fremont J. McKenrick* and *L. Edward Glass,* Assistant Public Defenders, for appellant; *Ralph F. Kraft,* Assistant District Attorney, and *Caram J. Abood,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth *v.* Gibson, Appellant.

Before WILLIAMS, JR., J.

Submitted September 8, 1975. *Cregg E. Mayrosh,* and *Cohn & Mayrosh,* for appellant; *Robert A. Freedberg,* Assistant District Attorney, and *Charles H. Spaziani,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.